IN THE SUPREME COURT OF TEXAS

 No. 10-1050

 IN RE ADRIAN HARDING

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed December
31, 2010, is granted. The court of appeals opinion and judgment in Cause
No. 14-10-00104-CV, styled In re Texas Mutual Insurance Company, in the
Fourteenth Court of Appeals are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 14, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk